**Slip Op. 03-22**

## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: Judge Judith M. Barzilay**

------------------------------------------------------------- x

MARINE HARVEST (CHILE) S.A.,                    :

               Plaintiff,                    :

             v.                    :        Court No. 01-00808

UNITED STATES,                    :

            Defendant.                    :

------------------------------------------------------------- x

### JUDGMENT

This court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("Remand Results") in *Marine Harvest (Chile) S.A. v. United States*, Slip Op. 02-134 (Oct. 31, 2002), and Commerce having complied with the Court's Remand Order, and plaintiff having no objection to Commerce's Remand Results, and good cause appearing therefore, it is hereby

ORDERED that the Remand Results filed by Commerce on January 17, 2003, are sustained in their entirety; and it is further

ORDERED that this case is dismissed.


Dated: _____          _____
     New York, NY                                      Judith M. Barzilay
                                             Judge